AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

DANIEL J. PAYNE,

    Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00446-RCJ-VPC**

DIRECTOR, NEVADA DOC, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED WITH PREJUDICE AS SUCCESSIVE.

| | |
|---|---|
| October 25, 2010 | **LANCE S. WILSON** <br> Clerk |
| | /s/ Katie Lynn Ogden <br> Deputy Clerk |